UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 12-21517 (JJT) |
| YOLANDA OWENS ILAKO | : | CHAPTER 7 |
| ------------------------------------------- | : | |
| THOMAS C. BOSCARINO, TRUSTEE | : | |
|    Plaintiff, | : | |
|    v. | : | |
| ANN L. BLACKWELL | : | |
|    Defendant | : | |

## COMPLAINT TO AVOID POST-PETITION TRANSFER

**COUNT ONE (Receipt of Avoidable Unauthorized Post-petition Transfer)**
**11 U.S.C. §549:**

The Complaint of Thomas C. Boscarino, Trustee, respectfully alleges:

1. Thomas C. Boscarino (the "Trustee") is the duly qualified and acting trustee in this case.

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A) and (E). Venue properly lies in this district pursuant to 28 U.S.C. Section 1409(a), in that the instant adversary proceeding is related to the above-captioned case under title 11 of the United States Code, which case is still pending, as the amount in demand exceeds the amount of $12,850.00.

3. On June 21, 2012, the Debtor, Yolanda Owens Ilako, (the "Debtor") filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut, Hartford Division.

4. On June 29, 2015, the Debtor's Chapter 13 case was converted to a case under Chapter 7 pursuant to §1307(a) of the Bankruptcy Code by Order of this Court.

5. The Defendant, Ann L. Blackwell, is an individual having either a usual place of abode or a place at where she regularly conducts a business or profession at 7312 Hillmont Avenue, Oakland, CA 94605.

6. This Complaint initiates an adversary proceeding pursuant to §§544 and 549 of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 7001(1). The Complaint seeks to avoid an unauthorized post-petition transfer of the Debtor's property made to or for the benefit of the Defendant.

7. According to the Debtor's records, after the commencement of the case, the Debtor made an unauthorized transfer of property of the estate to the Defendant in the amount of One Hundred Thousand and 00/100 Dollars ($100,000.00), avoidable by the trustee pursuant to 11 U.S.C. Section 549.

8. Written demand for return of the transferred property has been made by the Trustee upon the Defendant, Ann L. Blackwell, who has been unresponsive.

**COUNT TWO (California Uniform Voidable Transactions Act)**
**11 U.S.C. §544 and Cal. Civ. Code §3439 et seq:**

1-6. Paragraphs 1-6 of Count One are here incorporated as Paragraphs 1-6 of this Count Two.

7. According to the Debtor, after the commencement of the case, the Debtor made an unauthorized transfer of property of the estate to the Defendant in the amount of One Hundred Thousand and 00/100 Dollars ($100,000.00), avoidable by the trustee pursuant to Cal. Civ. Code Section 3439.

8. Written demand for return of the transferred property has been made by the Trustee upon the Defendant, Ann L. Blackwell, who has been unresponsive.

9. The said unauthorized transfer was made by the Debtor with actual intent to hinder, delay or defraud one or more creditors of the Debtor.

WHEREFORE, pursuant to the foregoing and 11 U.S.C. Section 550(a), the Plaintiff prays that this Court make its order ordering the Defendant to pay over to the Plaintiff the property transferred, or the value of such property, specifically the sum of $100,000.00, plus costs incurred herein, plus interest from November 29, 2016 and for such other relief as the Court deems just and proper.

Dated at Glastonbury, Connecticut on May 5, 2017.

THOMAS C. BOSCARINO, TRUSTEE

BY _____
John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg. #2, Suite 301
Glastonbury, CT 06033
Tel. No.: (860) 659-5657
Federal Bar No.: ct03651