Dated: September 5, 2017

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**; It is hereby ORDERED the Motion for Default Judgment is DENIED without Prejudice to reconsideration upon submission of an appropriate Military Affidavit.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-21517 (JJT) |
| YOLANDA OWENS ILAKO | ) | CHAPTER 7 |
| ---------------------------------- | ) | |
| THOMAS C. BOSCARINO, TRUSTEE | ) | ADV. PRO. NO. 17-02028 |
| Plaintiff, | ) | |
| v. | ) | |
| ANN L. BLACKWELL | ) | |
| Defendant | ) | |

## MOTION FOR DEFAULT JUDGMENT

The Plaintiff Thomas C. Boscarino, the Chapter 7 Trustee in the above referenced case ("Trustee"), hereby moves for a default judgment against the Defendant, ANN L. BLACKWELL, pursuant to Fed.R.Civ.P. 55(b)(1), made applicable by Fed.R.Bankr.P. 7055, and in support thereof respectfully represents:

1. On or about July 20, 2017, the Clerk of the Bankruptcy Court entered a default against the Defendant for failure to appear, answer and/or otherwise defend this adversary proceeding (Doc. No. 8).

2. The Defendant has not appeared in this proceeding.

3. This adversary proceeding, which was initiated by the Plaintiff's Complaint filed on or about May 5, 2017, seeks to avoid a certain unauthorized post-petition transfer pursuant to 11 U.S.C. §§544 and 549 and Cal. Civ. Code §3439 et seq.

4. The Plaintiff's claim is for a sum certain within the meaning of Fed.R.Civ.P. 55(b)(1), made applicable by Fed.R.Bankr.P. 7005.

5. In support of the entry of a default judgment against the Defendant, attached hereto is an