**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 12-21517 (JJT)** |
| **YOLANDA OWENS ILAKO** | ) | **CHAPTER 7** |
| ------------------------------------- | ) | |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | **ADV. PRO. NO. 17-02028** |
| **Plaintiff,** | ) | |
| v. | ) | **RE: ECF NO. 11** |
| **ANN L. BLACKWELL** | ) | |
| **Defendant** | ) | |

### ORDER RE: MOTION FOR DEFAULT JUDGMENT

Upon the Plaintiff's Motion for Default Judgment, it is hereby ORDERED:

That a Default Judgment be entered against the Defendant, ANN L. BLACKWELL, in the amount of $100,000.00 plus costs (Adversary Proceeding filing fee, Military Affidavit fee and Certified Mail, U.S. Mail and photocopy fees) of $430.04 and prejudgment interest at the applicable statutory rate(s) in accordance with 28 U.S.C § 1961 from and after November 29, 2016 to the date of this Motion for Default Judgment calculated to be in the amount of $865.22, producing a total of $101,288.63.

Dated: September 14, 2017

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut